UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHESTER LOWE HUFF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-148 |
| | § | |
| KIMBERLY PUNDT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING APPLICATION FOR A WRIT OF EXECUTION

Plaintiff has filed a *pro se* application for a writ of execution (D.E. 88).  Plaintiff is represented by counsel, and is not entitled to file *pro se* pleadings.  He is not entitled to hybrid representation.  *Neal v. Texas,* 870 F.2d 312, 315-56 (5th Cir. 1989) (citing *United States v. Daniels,* 572 F.2d 535, 540 (5th Cir. 1978)); *Myers v. Johnson,* 76 F.3d 1330, 1335 (5th Cir. 1996).

Accordingly, the Clerk shall strike the application (D.E. 88) from the record without prejudice.  It will not be considered at this time.

In any event, counsel for Plaintiff filed a notice of settlement on July 26, 2013 (D.E. 87).  In that notice, Plaintiff's counsel advised that it would take a *minimum* of 60 days for the settlement documents to be filed and for plaintiff to be paid.  The experience

of the court in these types of cases is that it frequently takes more than 60 days.  Plaintiff

should contact his counsel if he has questions.

ORDERED this 26th day of September, 2013.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE